℻JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston, MA    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number  25-1347-DLC

Search Warrant Case Number  See Additional Information Below

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

Defendant Name  Denis Nikolayevich Obrezko    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:  Денис Николаевич Обрезко

Address: _____

Birth date (Yr only): 1990    SSN (last 4#): ____    Sex: ____    Race _____    Nationality: _____

**Defense Counsel if known:**  Maksim Nemtsev    Address: 20 Park Plaza, Suite 1000, Boston, MA 02116

Bar Number: _____

**U.S. Attorney Information**

AUSA: David Holcomb, Chad McHenry    Bar Number if applicable: _____

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Russian

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** In Custody

**Arrest Date:** June 9, 2026

☑ Already in Federal Custody as of  Barnstable County Correctional  in  Bourne, MA .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 7/7/2026    Signature of AUSA: */s/ David M. Holcomb*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____Denis Nikolayevich Obrezko_____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Computer Fraud and Abuse | 1 |
| Set 2 | 18 USC § 3559(g)(1) | False Registration of a Domain Name | 1 |
| Set 3 | 18 U.S.C. §§ 982(a)(2)(B) & 1030(i) | Forfeiture Allegations | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

25-1315-DLC, 25-1346-DLC, 25-1348-DLC, 26-1003-1007-DLC26-1279-DLC

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013