IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 26-cr-10194-ADB-DLC |
| | ) | |
| DENIS OBREZKO, | ) | |
| | ) | |
| Defendant | ) | |

## JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file this status report in connection with the initial status conference that is scheduled for August 18, 2026.  The parties respectfully request that the Court consider this status report in lieu of the scheduled conference and schedule an interim status conference for October 19, 2026 or shortly thereafter.[1]

**(1) Automatic Discovery & Pending Discovery Requests**

The government provided automatic discovery and an index of produced materials on August 7, 2026 pursuant to the Court's Initial Scheduling Order (Dkt. 26).  Additionally, as set forth in the Protective Order entered by the Court on August 6, 2026 (Dkt. 29), the government will provide the defendant's detention facility with a laptop computer for the defendant's review of certain discovery materials.  The defendant and counsel are reviewing the discovery materials. No discovery requests have yet been made.

**(2) Timing of Additional Discovery**

The government anticipates making a supplemental production of more recently obtained automatic discovery within the next three weeks.  The government is aware of its obligations to

---

[1] Counsel for the defendant will be in trial from October 13 through early November and respectfully requests that any status conference during that period be scheduled for late afternoon.

produce materials under Fed. R. Crim. P. 16, Local Rule 116.2(b)(1), and *Brady vs. Maryland*.  To the extent any additional discovery—including *Brady* material—becomes available, the government will promptly produce it.

### (3) **Timing of Additional Discovery Requests**

The defendant and counsel have begun to review discovery and require additional time to determine whether to make any discovery requests.

### (4) **Protective Order**

With the defendant's assent, the government proposed a protective order to prevent the public disclosure of unclassified but sensitive information, including personal and/or confidential information of third parties.  The Court entered that protective order on August 6, 2026 (Dkt. 29).

### (5) **Timing of Pretrial Motions**

Under the Initial Scheduling Order (Dkt. 26), Rule 12 motions must be filed by the time of the final status conference, currently scheduled for February 26, 2027.

### (6) **Expert Witness Disclosures**

The Court has not yet established a date for expert witness disclosures.  The parties respectfully submit that it is premature to set a deadline for expert disclosures at this time.

### (7) **Speedy Trial Act**

Zero days of non-excludable time have accrued.  The parties request that the Court exclude the period of time from August 18, 2026 until the date of the interim status conference under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by an exclusion—additional time to review discovery and discuss a potential resolution—outweigh the interests of the public and the defendant in a speedy trial.

**(8) Interim Status Conference**

The parties respectfully request that the Court consider this report in lieu of the scheduled initial status conference and schedule an interim status conference in approximately 60 days (on or after October 19, 2026).

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

/s/  David M. Holcomb
David M. Holcomb
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
David.Holcomb@usdoj.gov

Chad W. McHenry
Trial Attorney
National Security Cyber Section
U.S. Department of Justice
(202) 743-5045
Chad.W.McHenry@usdoj.gov

DENIS OBREZKO
By his attorney,

/s/  Maksim Nemtsev
Maksim Nemtsev, Esq.
20 Park Plaza, Suite 1000
Boston, MA 02116
347-251-4800
menemtsev@gmail.com

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 11, 2026

/s/   *David M. Holcomb*
Assistant United States Attorney